LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. and ASTRAZENECA, L.P.,<br><br>Defendants. | CASE NO. C 06 0599 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: May 12, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17th Floor<br>San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 12, 2006 Case Management Conference ("CMC") to __October 13, 2006__, at __1:30 p.m.__. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

Plaintiff is HEREBY ORDERED to serve Defendants within 120 of the date of this Order.
**IT IS SO ORDERED.**

DATED: __May 3, 2006__                                    _____
                                                                               Honorable Jeffrey S. White
                                                                               United States District Court Judge

                                                                               by Honorable Martin J. Jenkins

- 3 -                              [PROPOSED] ORDER